No. 04-01-00743-CV



C. E. BREHM,


Appellant



v.



GULFSTREAM COACH, INC.,


Appellee



From the 38th Judicial District court, Medina County, Texas


Trial Court No. 01-04-15520-CV


Honorable Mickey R. Pennington, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: February 27, 2002


 Appellant's notice of appeal, which was due on November 12, 2000, was not timely filed, nor
was a motion for extension of time filed. On January 23, 2002, this court ordered appellant to file
by February 7, 2002, a reasonable explanation for failing to timely file the notice of appeal. Appellant
did not respond. Accordingly, the appeal is dismissed for want of prosecution. See Tex. R. App. P.
42.3(b). Costs of appeal are taxed against appellant. PER CURIAM

DO NOT PUBLISH